1    **BRIAN K. BROOKEY**, CA Bar No. 149522
     brian.brookey@cph.com
2    **CHRISTIE, PARKER & HALE, LLP**
     350 West Colorado Boulevard, Suite 500
3    Post Office Box 7068
     Pasadena, California 91109-7068
4    Telephone: (626) 795-9900
     Facsimile: (626) 577-8800
5

   **OF COUNSEL:**
6

   **PETER S. SLOANE**
7    **OSTROLENK FABER GERB & SOFFEN, LLP**
     1180 Avenue of the Americas
8    New York, New York 10036
     Telephone: (212) 596-0561
9    Facsimile: (212) 382-0888

10    Attorneys for Defendant,
     INTERSEARCH GROUP, INC.
11

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16    INTERSEARCH WORLDWIDE LTD., a    Case No. CV 07-4634 MEJ
     United Kingdom Corporation,
17                          **STIPULATION FOR EXTENSION OF**
          Plaintiff,              **TIME TO RESPOND TO COMPLAINT**
18                          **[LOCAL RULE 6-1(a)]**
       vs.
19

20    INTERSEARCH GROUP, INC., a Florida    **Magistrate Judge Maria-Elena James**
     Corporation,
21           Defendant.

22

23

24          IT IS STIPULATED by and between plaintiff INTERSEARCH WORLDWIDE LTD.

25    ("Plaintiff") and defendant INTERSEARCH GROUP, INC. ("Defendant"), through their

   respective attorneys, pursuant to Local Rule 6-1(a), that the time within which Defendant must
26    //

27    //

28

CHRISTIE, PARKER & HALE, LLP

respond to the Complaint in this action shall be extended from September 27, 2007, to October 4, 2007.

Respectfully submitted,

DATED: September 25, 2007          HARVEY SISKIND LLP

By _____
Lawrence J. Siskind
Raffi V. Zerounian

Attorneys for Plaintiff,
INTERSEARCH WORLDWIDE LTD.

DATED: September 25, 2007          CHRISTIE, PARKER & HALE, LLP

By _____
Brian K. Brookey

Attorneys for Defendant,
INTERSEARCH GROUP, INC.

PAS711673.1-*-09/25/07 3:57 PM

CHRISTIE, PARKER & HALE, LLP

**CERTIFICATE OF SERVICE**

I certify that on September 26, 2007, I electronically filed the document described as **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.

Susan Lovelace
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP