1

BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

ROBERT C. FABER
rfaber@ostrolenk.com
PETER S. SLOANE
psloane@ostrolenk.com
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York  10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendant,
INTERSEARCH GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD., a United Kingdom Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>          Defendant. | Case No. C 07 4634 MEJ<br><br>**DECLARATION OF GARY W. BOGATAY, JR.**<br><br>**DATE:  November 8, 2007**<br>**TIME:  10:00 a.m.**<br>**CTRM: B, 15th Floor**<br><br>**Hon. Maria-Elena James** |

1    I, Gary W. Bogatay, Jr., hereby declare as follows:

2    1.    I am the Chief Financial Officer of Defendant InterSearch Group,

3    Inc. ("Defendant").

4    2.    I make this declaration in support of Defendant's motion to

5    dismiss and based upon my personal knowledge and review of our company

6    files.  If called as a witness, I could and would testify competently to each of

7    the following facts.

8    3.    Defendant is a U.S.-based company that provides leading Internet

9    search services through a combination of traffic aggregation and proprietary

10    web sites.  We operate in the fastest growing segments of Internet commerce,

11    including paid search and direct navigation driving high quality traffic to

12    advertisers and providing users with quick access to pertinent products and

13    services.

14    4.    Defendant maintains an Internet web site at www.intersearch.com,

15    where it promotes and advertises its services.  Printouts from our Internet web

16    site are attached as Exhibit A.

17    5.    Through its InterSearch Corporate Services division, Defendant

18    also provides professional and technical consulting to large corporations,

19    predominantly in the financial services market.  Our company helps its clients

20    achieve higher efficiency and performance, as well as lower operating costs, by

21    ensuring that they have the proper employees, technologies and processes.

22    Among other things, we provide rigorous employment screening searches for

23    our clients.  Candidates selected by us are of high caliber with specialized

24    backgrounds and confirmed credentials.

25    6.    Defendant actively promotes its employment-related services

26    through our InterSearch Corporate Services division and its Internet web site

27

28    Declaration of Gary W. Bogatay, Jr.
Case No. C 07-4634 MEJ
{00874142.1}                    -2-

1    located at www.corp.intersearch.com. Printouts from the web site are attached

2    as Exhibit B.

3         7.    Over the years, Defendant has made significant sales of services

4    under the name and mark INTERSEARCH. In 2006 alone, our company had

5    revenue exceeding $25 million.

6         8.    Defendant is now a publicly traded company with its shares listed

7    on the American Stock Exchange, located in New York. Our ticker symbol is

8    IGO.

9         9.    I understand that Plaintiff sent us a threatening letter in December

10   of 2006. I also understand that, in January of 2007, Plaintiff indicated that it

11   might oppose our application to register the trademark INTERSEARCH filed

12   in the United States Patent and Trademark Office.

13        10.   Following receipt of the demand letter, we had our attorneys write

14   to the attorneys for Plaintiff to explain our ownership interest in the name and

15   mark INTERSEARCH. We also had our attorneys correspond with the

16   attorneys regarding possible settlement of the dispute.

17        11.   In May of 2007, we still had not settled the controversy with

18   Plaintiff. The cloud over the title to our company name and mark

19   INTERSEARCH hung over our business and its future plans. As a result, we

20   had our attorneys in New York file a lawsuit seeking a declaration from the

21   Court that we own the right to the name and mark INTERSEARCH and did not

22   infringe any rights alleged by Plaintiff (the "New York Action").

23        12.   Since filing the New York Action, we have continued to try to

24   negotiate settlement with Plaintiff. Unfortunately, Plaintiff has rejected our

25   settlement proposal.

26        13.   We have also learned that Plaintiff purports to have a licensee

27   named Cook Associates, Inc. ("Cook Associates") claiming right to use the

28   Declaration of Gary W. Bogatay, Jr.
     Case No. C 07-4634 MEJ
     {00874142.1}                    -3-

1  mark INTERSEARCH in the U.S.  A printout from the Internet web site of

2  Cook Associates stating that it is "the exclusive United States representative of

3  InterSearch" is attached as Exhibit C.

4      14.    Upon information and belief, Cook Associates has offices in

5  Manhattan, New York.  A printout from its web site listing New York as one of

6  its locations is attached as Exhibit D.

7      15.    Upon information and belief, the Managing Director with the

8  "Executive Search" division of Cook Associates has her office in New York.

9  A printout of her biography obtained from the web site of Cook Associates is

10  attached as Exhibit E.

11      16.    We have since had our attorneys amend the Complaint in the New

12  York Action to add Cook Associates as a defendant and to request that the

13  Court grant, among other things, an injunction preventing Plaintiff and Cook

14  Associates from using the mark INTERSEARCH for executive search services,

15  human resources consulting and related services in the U.S.

16      I declare under penalty of perjury under the laws of the United States of

17  America that the foregoing is true and correct, and that this Declaration is

18  executed on October 3, 2007, in San Francisco, California.

21                                  _____

22                                  GARY W. BOGATAY, JR.

23  SCL PAS758523.1-*-10/3/07 2:52 PM

Declaration of Gary W. Bogatay, Jr.
Case No. C 07-4634 MEJ
{00874142.1}                              -4-

# EXHIBIT A

# Inter)Search Group, Inc.

- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us



## • **Latest News**

**09/10/07**　　　　**12:52 PM EDT**
InterSearch Group to Present at
Merriman Curhan Ford 4th Annual
Investor Summit - Business Wire

**09/05/07**　　　　**8:34 AM EDT**
InterSearch Group Announces
Strategic Agreement with
Shopping.com - Business Wire

**09/04/07**　　　　**1:31 PM EDT**
InterSearch Group to Present at Roth
5th Annual NY Investor Conference
- Business Wire

© quotemedia.com

In an era when time-to-market determines success or failure, InterSearch has established itself as a market leader through rapid commercialization. We apply technical expertise honed in successful Silicon Valley companies combined with Wall Street business acumen. We put the right people in place to get the job done. We give teams the tools to succeed using corporate capital and strategic partnerships. From the first line of code to the bottom line, InterSearch builds success.

EXHIBIT 4
PAGE 5

10/4/2007

InterSearch Group Home                                                          Page 2 of 2

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.



- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us

# Corporate Overview

InterSearch Group, Inc. provides Internet search services through a combination of traffic aggregation and proprietary Websites. The company operates in various areas of Internet commerce, including paid search, direct navigation, and online marketing. Its pay-per-click search services enable businesses to enhance their online transactions through online advertising to Internet users in response to their keyword search queries. The company also provides corporate services, including Internet technology consulting services to various companies primarily in the financial services industry.

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.

EXHIBIT _A_ 10/3/2007
PAGE _7_



- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us

# Portfolio

## IRS.com

IRS.com is the #1 Independent Tax Resource on the Internet. We provide useful tax links to 3rd Party Tax providers for our visitors which are organized to make it easier to find what you are looking for quickly. IRS.com includes tax information about IRS tax forms, the Internal Revenue Service, estate taxes, tax software, income tax preparation, tax refunds, and IRS efile for year 2005 taxes. (NOTE - This site is not affiliated with the IRS website, the United States Internal Revenue Service or any state revenue or taxing agency.) Copyright © 2007 Internet Revenue Services, Inc.

**Visit** www.irs.com

## Banks.com

InterSearch's most recent domain acquisition is currently under development to be a leading financial services web portal. Banks.com will serve consumers with valuable information regarding all areas of financial services such as, banking, real estate lending, investing, trust services and much more. In addition, Banks.com will provide advertisers with access to a high volume, high quality and extremely targeted user base. Banks.com is an extremely valuable addition to the InterSearch portfolio. Financial Services is a major web category which offers InterSearch a multitude of new revenue opportunities and cross-sell opportunities with IRS.com.

**Visit** www.banks.com

## Looksearch.com

Looksearch.com is a search engine serving high quality results to thousands of visitors per day.

**Visit** www.looksearch.com

## Camps.com

Camps.com will be a premier camps directory providing users with a plethora of information in order to

EXHIBIT A
PAGE 8

facilitate their camp vacation planning needs. The site will contain listings of a wide variety of camp types, together with useful articles, user reviews and images and video content.

Visit www.camps.com

## ParkingDots.com

Parking Dots enables Internet domain owners to generate revenue from traffic to undeveloped and expired sites. Parking Dots uses proprietary strategies to deliver content to these sites from pay-for-performance advertisers. Visitors find what they are looking for. Advertisers gain customers. The domain owner generates revenue.

Visit www.parkingdots.com

## InterSearch Corporate Services, Inc.

InterSearch Corporate Services provides professional and technical consulting to the financial services industry. Focusing on operations efficiency and technology, we deliver strategic consulting and subject matter expertise to leading financial institutions.

Visit www.corp.intersearch.com

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.

EXHIBIT _A_   10/3/2007
PAGE _9_

EXHIBIT B

Financial Services Professional and Technical Consulting Services - InterSearch Corporat...   Page 1 of 1

# Inter)Search Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us



## What Our Clients Say

"When we needed top talent for Corporate Actions, we knew that Intersearch Corporate Services could find the right people for the job." — JP Morgan Chase

InterSearch Corporate Services provides professional and technical solutions to the financial services industry. Focusing on operations efficiency and technology, we deliver strategic and tactical subject matter expertise to leading financial institutions. A key element to our success is our ability to identify specialized resources within narrow skill requirements. Our expertise cuts across business and technology. InterSearch Corporate Services is your Partner for Success.

Want to learn more? Contact Us

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

EXHIBIT _B_
PAGE _10_    10/3/2007



**Inter)Search** Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > What We Do



- Our Approach
- Screening
- Types of Projects

# Our Approach

InterSearch Corporate Services takes the time to understand each client's unique approach in dealing with common industry challenges. We recognize the value in assessing a firm's culture, goals and objectives as part of an overall solution.

Our thorough screening process assures that you will receive the best resource to accomplish your goals.

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

EXHIBIT _B_
PAGE _11_                10/3/2007

# Inter Search Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > Who We Are



- Contact Us

# Who We Are

InterSearch Corporate Services is a wholly owned subsidiary of InterSearch Group, Inc.

Having a well established network of securities industry professionals allows us to move quickly to deliver the best resources to our clients. Our expertise cuts across business and technology and we deliver a range of skills inclusive of: project managers, business analysts, QA testers, system conversion specialists and back office subject matter experts.

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

InterSearch Provides Screening Services: Reference Check, Education Verification, More    Page 1 of 2



**Inter)Search Corporate Services, Inc.**

an <u>InterSearch Group Company</u>

- <u>Home</u>
- <u>Who We Are</u>
- <u>What We Do</u>
- <u>Careers</u>
- <u>Contact Us</u>

<u>Home</u> > <u>What We Do</u> > Screening



- <u>Our Approach</u>
- Screening
- <u>Types of Projects</u>

# Screening

Qualified candidates are hard to come by. Once you determine a potential candidate has the technical and professional skills you desire, you need to ascertain whether they are as good as they say they are. By utilizing InterSearch Corporate Services, you can be assured that the candidates sent to you have been put through a rigorous screening process. Candidates selected by InterSearch Corporate Services are of high caliber with stellar backgrounds and confirmed credentials.

## Mandatory Screening

- relevant project specific employment references (minimum of 3 recent)
- criminal background check - Federal, State and County
- education verification
- credit report
- social security verification
- driving record verification

## Upon Request

EXHIBIT _B_
PAGE _13_

InterSearch Provides Screening Services: Reference Check, Education Verification, More                    Page 2 of 2

- drug testing
- professional license and credentials verification
- professional liability insurance verification
- sex offender registry - national/international

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

InterSearch Provides Professionals for the Financial Services Industry    Page 1 of 2



an <u>InterSearch Group Company</u>

- <u>Home</u>
- <u>Who We Are</u>
- <u>What We Do</u>
- <u>Careers</u>
- <u>Contact Us</u>

<u>Home</u> > <u>What We Do</u> > Types of Projects



- <u>Our Approach</u>
- <u>Screening</u>
- Types of Projects

# Types of Projects

## Professionals You Need...

- Project Managers
- Business Analysts
- System Selection — RFI/RFP Advisory
- Conversion and Merger Integration Specialists
- Workflow and Process Business Analysts
- QA/UAT Testing Analysts
- Corporate Actions/Reorg Specialists
- Clearance/Settlement Specialists
- Reconciliation Specialists

## For Your Projects

- System Selection
- System Implementation
- Conversion Planning
- Vendor Management
- Merger Integration Consulting

EXHIBIT _B_
PAGE _15_

10/4/2007

InterSearch Provides Professionals for the Financial Services Industry

- Operations Solutions
- Technology Solutions
- Operation Efficiency Evaluation
- Training/Documentation
- Search Monetization

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

EXHIBIT _B_   10/4/2007
PAGE _16_

EXHIBIT C

Cook Associates, Inc. - Executive Search - Global Operations                                          Page 1 of 1



ABOUT US    PRACTICE AREAS    TEAM    NEWS & TRENDS
CONTACT US

**ABOUT US**
Overview
Process
Global Operations

# Executive Search: Global Operations

As the exclusive United States representative of InterSearch, a worldwide executive search consortium, we offer global search capabilities through proven and trusted partners.

InterSearch ranks as the 10th largest worldwide organization of executive search firms. From Argentina to the United States, via Australia and the United Kingdom, in 45 countries, we are able to span the globe to find executive talent for our clients.

For more information on InterSearch and to understand our process, please contact John Kins at 312.329.0900 or via email at jkins@cookassociates.com; and visit the organization's website at www.intersearch.org.

# Identity

InterSearch was established in 1989 as a worldwide incorporated organization of executive search and human resources consultancy firms. Managed by an international Board, InterSearch is represented in 45 countries on an exclusive basis.

**read more>>**

# Global News

**InterSearch Holds Global Conference [PDF]**
There is significant activity within the InterSearch network. Learn about cultural events in various locales around the world, and current information on InterSearch and its newest partners.

**read more>>**

© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search · About Us · Practice Areas · Team · News & Trends · Contact Us

EXHIBIT C
PAGE 17

EXHIBIT D

Cook Associates, Inc. - Executive Search - Contact Us/Offices                Page 1 of 2



**CONTACT
US/OFFICES**

Chicago, IL

New York, NY

Stamford, CT

Boulder, CO

Boston, MA

Richmond, VA

Media Contact

Careers At Cook

# Executive Search: Contact Us/Offices

**HEADQUARTERS
CHICAGO, IL**

212 W Kinzie Street

Chicago, IL 60610

312.329.0900 [main]

312.329.1528 [fax]

Vice Chairman: <u>Mary Kier</u>

<u>Directions/Maps</u>

**NEW YORK, NY**

560 Lexington Avenue, 10th Floor

New York, NY 10022

212.308.5399 [main]

212.355.3129 [fax]

Managing Director: <u>Susan Denison</u>

<u>Directions/Maps</u>

**STAMFORD, CT**

One Stamford Plaza

263 Tresser Boulevard, 9th floor

Stamford, CT 06901

203.604.6890 [main]

203.604.6891 [fax]

Executive Vice President: <u>Eric Gustafson</u>

<u>Directions/Maps</u>

Our domestic office locations allow us to be responsive to clients across the country, and to lessen travel time and expenses.

We operate as a single, cohesive organization, however, and may staff projects with individuals from different offices to give our consultants a national breadth of exposure and to maintain high quality throughout the firm.

EXHIBIT Q   10/3/2007
PAGE 18

Cook Associates, Inc. - Executive Search - Contact Us/Offices

## BOSTON, MA

7 New England Executive Park, 7th Floor
Burlington, MA 01803
781.565.1144 [main]
781.272.3064 [fax]
Executive Vice President: Seth Harris
Directions/Maps


## BOULDER, CO

1711 Pearl Street, Suite 203
Boulder, CO 80302
303.247.1177 [main]
303.544.5806 [fax]
Executive Vice President: John Olson
Directions/Maps


## RICHMOND, VA

12438 Elmont Road, Suite 101
Ashland, VA 23005
804.798.9131 [main]
312.329.1528 [fax]
Managing Director: Carolyn Peart
Directions/Maps


© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search · About Us · Practice Areas · Team · News & Trends · Contact Us

EXHIBIT D
PAGE 19

10/3/2007

EXHIBIT E

Cook Associates, Inc. - Executive Search - Susan Denison - Managing Director                  Page 1 of 2



ABOUT US     PRACTICE AREAS     TEAM     NEWS & TRENDS
CONTACT US

Back To Team **Susan Denison
New York**



*Media & Entertainment*

Susan Denison is a Managing Director with the Executive
Search division of Cook Associates, Inc. Before joining the
firm, Susan was a founding partner of The Cheyenne
Group, a global media and entertainment executive search
firm. Previously, Susan was a partner at TASA Worldwide /
Johnson, Smith and Knisely's global entertainment practice.

Susan has conducted searches for CEOs, COOs, and
divisional and functional heads within broadcast, cable,
direct broadcast satellite, new media, online / e-commerce
and media technology companies. She has also worked
extensively for both corporate and agency media clients on
a broad range of senior recruitment needs including
marketing, advertising, distribution and advertising sales,
licensing / sponsorship and corporate communications.

Susan has more than twenty years of senior executive
experience within media, entertainment and
communications. She was Executive Vice President,
Entertainment and Marketing for Madison Square Garden
and Executive Vice President / General Manager for
Showtime Networks' Direct-To-Home Divisions.
Previously, Susan held marketing positions at Revlon,
Clairol and Richardson-Vicks.

She also serves on the Board of Directors for Omnicom

# Testimonials

"Susan is a seasoned business
executive. Her hands-on operating
experience provides a value to my
organization which transcends that of
a typical executive recruiter."
– Mary Pat Ryan, former Executive
Vice President, Subscriber Sales &
Operations, SIRIUS
**SIRIUS [PDF]**

"All of Susan's searches have been
fantastic. There hasn't been one that
she didn't do her best at. In the end,
she has proven her value at a
strategic level, and we consider her
an important consultant to our
business." – Elizabeth Semple,
Vice President, Global Human
Resources, Eyeblaster
**Eyeblaster [PDF]**

"Over the years, I've come to fully
trust Susan's guidance, in fact, my
relationship with her extends beyond
hiring people – she is a confidant and
a trusted business advisor."
– Lance Podell, CEO, Seevast
**Seevast [PDF]**

"This was a crucial assignment for

EXHIBIT E
PAGE 20                  10/3/2007

Cook Associates, Inc. - Executive Search - Susan Denison - Managing Director                    Page 2 of 2

Group, a publicly traded advertising conglomerate and Intercure, a privately held medical device company.

A native of Connecticut, Susan received her MBA from Harvard University, an MA in Psychology from the University of Rochester and her BA in Psychology from Connecticut College where she was a member of Phi Beta Kappa and graduated Cum Laude.

Email Susan

us; we couldn't afford to make a mistake. The candidates Susan presented were excellent; we could have hired any of them... I had other searches running concurrently and this one outshined all the others on every level. We had a great search and hired a great person." – Mark Josephson, President, Seevast **Pulse 360 [PDF]**

# Accomplishments

### Recent Assignments [PDF]

© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search · About Us · Practice Areas · Team · News & Trends · Contact Us

EXHIBIT _E_
PAGE _21_                    10/3/2007

1

**CERTIFICATE OF SERVICE**

2

3          I certify that on October 4, 2007, I electronically filed the document

4    described as **DECLARATION OF GARY W. BOGATAY, JR.** with the Clerk

5    of the Court using the ECF system which will send notification of such filing to

6    the parties.

7

8                                        /s/Susan Lovelace

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP