**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**ROBERT C. FABER**
rfaber@ostrolenk.com
**PETER S. SLOANE**
psloane@ostrolenk.com
**OSTROLENK, FABER, GERB & SOFFEN, LLP**
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendant,
INTERSEARCH GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD., a United Kingdom Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No. C 07 4634 MEJ<br><br>**PROPOSED] ORDER GRANTING INTERSEARCH GROUP'S MOTION TO DISMISS**<br><br>DATE: November 8, 2007<br>TIME: 10:00 a.m.<br>CTRM: B, 15th Floor<br><br>Hon. Maria-Elena James<br><br>Action Filed: September 7, 2007<br>Trial Date: |

1  The Court having read and considered the papers supporting and opposing the Motion to Dismiss of Defendant InterSearch Group, Inc., and good cause appearing,

**IT IS ORDERED** that the Motion to Dismiss is granted and that the Complaint in this action is dismissed with prejudice.

Dated: _____     By: _____
                                                                     Hon. Maria-Elena James
                                                                     U.S. District Court Judge

# CERTIFICATE OF SERVICE

I certify that on October 4, 2007, I electronically filed the document described as **[PROPOSED] ORDER GRANTING INTERSEARCH GROUP'S MOTION TO DISMISS;** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.

/s/Susan Lovelace

SCL PAS758643.1-*-10/4/07 1:10 PM