Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Lorraine Linford (prospective *pro hac vice*)
Timothy L. Boller (prospective *pro hac vice*)
**SEED IP LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: lmbrenner@duanemorris.com
       timb@seedip.com
       lorrainel@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTERSEARCH GROUP, INC., a Florida corporation,<br><br>                    Defendant. | Case No.: C07 4634 MEJ<br><br>**SUBSTITUTION OF LOCAL COUNSEL AND [PROPOSED] ORDER**<br><br>Complaint Filed: September 7, 2007<br>Trial Date:      None Set |

---

PLAINTIFF'S SUBSTITUTION OF COUNSEL

DM1\1205829.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff INTERSEARCH WORLDWIDE LTD. ("INTERSEARCH") substitutes Lina M. Brenner and Duane Morris LLP as its local counsel and attorneys of record in this matter.

### FORMER LOCAL COUNSEL

INTERSEARCH's former local counsel:

Lawrence J. Siskind (SBN 85628)
Raffi V. Zerounian (SBN 236388)
**HARVEY SISKIND LLP**
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: 415.354.0100
Facsimile: 415.391.1724
Email: siskind@harveysiskind.com
       rzerounian@harveysiskind.com

are no longer INTERSEARCH'S attorneys in this matter.

### NEW LOCAL COUNSEL

INTERSEARCH's new local counsel in this matter and new attorney of record on whom all notices and papers may be served is:

Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Email: lmbrenner@duanemorris.com

### SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

SEED IP LAW GROUP PLLC

Dated: October 12, 2007       By: _____
                              Attorneys for Plaintiff
                              INTERSEARCH WORLDWIDE LTD.

|   |   |   |
|---|---|---|
|   |   | HARVEY SISKIND LLP |
| Dated: October 11, 2007 | By: | /s/ [signature]<br>Raffi V. Zerounian<br>Former Local Counsel of Plaintiff<br>INTERSEARCH WORLDWIDE, INC. |
|   |   | DUANE MORRIS LLP |
| Dated: October 12, 2007 | By: | /s/ Lina M. Brenner<br>Lina M. Brenner<br>Attorney for Plaintiff<br>INTERSEARCH WORLDWIDE LTD. |

## ORDER

The Court orders that Lina M. Brenner and Duane Morris LLP be substituted as local counsel of record for Plaintiff Intersearch Worldwide Ltd. in this matter, in lieu of Harvey Siskind LLP.

Seed Law Group PLLC shall remain counsel for Plaintiff, contingent upon the granting of Timothy L. Boller's and Lorraine Linford's *pro hac vice* applications.

The Court further orders that, from the date of this Notice, all notices, papers, and pleadings that may or must be served on Plaintiff (that have not already been served in accordance with the Electronic Case Filing rules and processes of the Northern District) be served on:

Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: lmbrenner@duanemorris.com

**IT IS SO ORDERED.**

Dated: _____ By: _____
United States District Judge

3
PLAINTIFF'S SUBSTITUTION OF COUNSEL

DM1\1205829.1