1  Lina M. Brenner (SBA 191075)
   Duane Morris LLP
2  One Market Street, Spear Tower, Ste. 2000
   San Francisco, CA 94105
3  Telephone: 415-957-3000
   Facsimile:  415-957-3001
4
   Attorneys for Plaintiff
5  INTERSEARCH WORLDWIDE LTD.

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   INTERSEARCH WORLDWIDE LTD., a United           No. C-07-4634 MEJ
12 Kingdom Corporation,

13         Plaintiff,                             **DECLINATION TO PROCEED BEFORE**
                                                  **A MAGISTRATE JUDGE**
14    v.                                                        **AND**
                                                  **REQUEST FOR REASSIGNMENT TO A**
15 INTERSEARCH GROUP, INC., a Florida             **UNITED STATES DISTRICT JUDGE**
   Corporation,
16         Defendant.
                                           /
17

18         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19         The undersigned party in the above-captioned civil matter hereby declines to consent to the

20 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

21 requests the reassignment of this case to a United States District Judge.

22

23 Dated: October 12, 2007                  /s/  Lina M. Brenner
                                            Lina M. Brenner
24                                          Attorneys for Plaintiff
                                            INTERSEARCH GROUP, INC.
25

26

27

28

American LegalNet, Inc.
www.FormsWorkflow.com