Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Email: lmbrenner@duanemorris.com

Lorraine Linford (prospective *pro hac vice*)
Timothy L. Boller (prospective *pro hac vice*)
**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: timb@seedip.com
lorrainel@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No.: C07 4634 MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Timothy L. Boller, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Intersearch Worldwide Ltd. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000

**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**

Dated: October 12, 2007

By: _____
Timothy L. Boller
Attorney for Plaintiff
INTERSEARCH WORLDWIDE LTD.

---

2
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                                    CASE NO. C07-4634 MEJ
DM1\1206211.1

