1  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4
   Email: lmbrenner@duanemorris.com
5

6  Lorraine Linford (prospective *pro hac vice*)
   Timothy L. Boller (prospective *pro hac vice*)
7  **SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
   701 5TH Avenue, Suite 5400
8  Seattle, WA 98104
   Telephone: 206.622.4900
9  Facsimile: 206.682.6031

10 Email: timb@seedip.com
         lorrainel@seedip.com
11
   Attorneys for Plaintiff
12 INTERSEARCH WORLDWIDE LTD.

13

14              IN THE UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 INTERSEARCH WORLDWIDE LTD, a United        Case No.: C07 4634 MEJ
   Kingdom Corporation,
19                                            **APPLICATION FOR ADMISSION OF**
                  Plaintiff,                  **ATTORNEY *PRO HAC VICE***
20
        v.
21
   INTERSEARCH GROUP, INC., a Florida
22 Corporation,

23                Defendant.

24 ─────────────────────────────────────

25      Pursuant to Civil Local Rule 11-3, Lorraine Linford, an active member in good standing of

26 the bar of the State of Washington, hereby applies for admission to practice in the Northern District

27 of California on a pro hac vice basis representing Plaintiff Intersearch Worldwide Ltd. in the above-

28 entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Lina M. Brenner (SBN 191075)
> **DUANE MORRIS LLP**
> One Market, Spear Tower, Suite 2000
> San Francisco, CA 94105-1104
> Telephone: 415.957.3000

**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**

Dated: October 12, 2007

By: _____
Lorraine Linford
Attorney for Plaintiff
INTERSEARCH WORLDWIDE LTD.



```
Court Name: U.S. District Court
Division: 3
Receipt Number: 34611011449
Cashier ID: almaceh
Transaction Date: 10/12/2007
Payer Name: WHEELS OF JUSTICE

PRO HAC VICE
  For: WHEELS OF JUSTICE
  Case/Party: D-CAN-3-07-AT-PROHAC-001
  Amount:           $210.00
PRO HAC VICE
  For: WHEELS OF JUSTICE
  Case/Party: D-CAN-3-07-AT-PROHAC-001
  Amount:           $210.00

CHECK
  Check/Money Order Num:
  Amt Tendered: $420.00

Total Due:      $420.00
Total Tendered: $420.00
Change Amt:       $0.00

C07-4634 MEJ
L LINFORD
T BOLLER

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```