# Appendix A-3

# EXHIBIT 2

## Tim Boller

**From:** Lorraine Linford
**Sent:** Friday, September 21, 2007 2:40 PM
**To:** Peter S. Sloane
**Cc:** Robert C. Faber; Cameron S. Reuber; David J. Torrente; Brenda Danek; Tim Boller; Lindsay McQuillin
**Subject:** RE: Re: InterSearch Worldwide, Ltd. v. Intersearch Group, Inc. (OFGS Ref.: 7/4700-39; Your Ref.: 480254.801)

Peter,

Thank you for communicating your client's decision to decline our offer to consolidate the cases in San Francisco. Needless to say, we do not agree with your reading of the case law, and we confirm our belief that your client's persistence in maintaining the case in NY is baseless, and is costing the parties unnecessary effort and resources.

Best regards,

Lorraine

---

**From:** Peter S. Sloane [mailto:psloane@ostrolenk.com]
**Sent:** Friday, September 21, 2007 12:08 PM
**To:** Lorraine Linford
**Cc:** Robert C. Faber; Cameron S. Reuber; David J. Torrente; Brenda Danek
**Subject:** FW: Re: InterSearch Worldwide, Ltd. v. Intersearch Group, Inc. (OFGS Ref.: 7/4700-39; Your Ref.: 480254.801)

Lorraine:

This is further to my e-mail below in the above matter. I have not received any response. Please be advised that our client does not intend to make any further settlement offer, inasmuch as it considered its original offer reasonable, and we intend to proceed with the litigation in the New York court.

Regards,

Peter S. Sloane
Ostrolenk Faber Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036
E-mail: psloane@ostrolenk.com
Phone: (212) 596-0561
Fax:    (212) 382-0888

---

**From:** Peter S. Sloane
**Sent:** Wednesday, September 19, 2007 9:28 PM
**To:** 'Lorraine Linford'

10/3/2007

**Cc:** Robert C. Faber; Cameron S. Reuber; Brenda Danek
**Subject:** Re: InterSearch Worldwide, Ltd. v. Intersearch Group, Inc. (OFGS Ref.: 7/4700-39; Your Ref.: 480254.801)

Lorraine:

I received your fax today in the above matter. The Knox case does not appear to be on point. The defendant there, among other things, had no presence in New York or any agent in New York. The same cannot be said for your client. If you disagree or would otherwise like to discuss, please let me know.

Regards,

Peter S. Sloane
Ostrolenk Faber Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York  10036
E-mail:  psloane@ostrolenk.com
Phone:  (212) 596-0561
Fax:     (212) 382-0888

10/3/2007