**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**ROBERT C. FABER**
rfaber@ostrolenk.com
**PETER S. SLOANE**
psloane@ostrolenk.com
**OSTROLENK, FABER, GERB & SOFFEN, LLP**
1180 Avenue of the Americas
New York, New York  10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendant,
INTERSEARCH GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD., a United Kingdom Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No. C 07 4634 SBA<br><br>**DEFENDANT'S AMENDED NOTICE OF MOTION TO DISMISS**<br><br>DATE:    February 5, 2008<br>TIME:    1:00 p.m.<br>CTRM:    3, 3rd Floor<br><br>Hon. Saundra B. Armstrong<br><br>Action Filed: September 7, 2007<br>Trial Date: |

## TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on **February 5, 2008**, at 1:00 p.m., or as soon thereafter as this matter may be heard in Courtroom 3 of the above titled Court, Intersearch Group, Inc. ("Defendant") will move this Court for an order of dismissal on all claims asserted in the Complaint filed by Plaintiff InterSearch Worldwide Ltd. ("Plaintiff").

Defendant's motion is based on this notice, the memorandum of points and authorities, Declarations (with exhibits annexed thereto) of Peter Sloane and Gary W. Bogatay, Jr. filed on October 4, 2007, Rule 1 of the Federal Rules of Civil Procedure, the records and files in this action, and such other matters as may be brought before the Court.

The ground for this motion is that the subject matter of this action is subsumed entirely by a previously-filed lawsuit in New York. Accordingly, under the first to file rule, Plaintiff's duplicative Complaint should be dismissed.

The hearing on the motion was originally noticed for November 8, 2007, but all hearing dates were vacated when the case was reassigned to Judge Saundra Brown Armstrong.

DATED: November 9, 2007           Respectfully submitted,
                                  CHRISTIE, PARKER & HALE, LLP


                                  By        /s/Brian K. Brookey
                                       Attorneys for Defendant,
                                       INTERSEARCH GROUP, INC.

Amended Notice of Motion to Dismiss        1
Case No. C 07-4634 SBA

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on November 9, 2007, I electronically filed the document described as **DEFENDANT'S AMENDED NOTICE OF MOTION TO DISMISS** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.

/s/Susan Lovelace

SCL PAS764562.1-*-11/9/07 4:40 PM

Amended Notice of Motion to Dismiss
Case No. C 07-4634 SBA

CHRISTIE, PARKER & HALE, LLP