Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Email: lmbrenner@duanemorris.com

Lorraine Linford (prospective *pro hac vice*)
Timothy L. Boller (prospective *pro hac vice*)
**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: timb@seedip.com
       lorrainel@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No.: C07 4634 MEJ<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*   CASE NO. C07-4634 MEJ
DM1\1206237.1

1   Timothy L. Boller, an active member in good standing of the bar of the State of Washington,
2  1325 4th Avenue, Suite 600, Seattle, WA 98101-2539 (admitted to the Washington state courts, the
3  Federal District Courts, for the Western and Eastern Divisions, and the Ninth Circuit), having
4  applied in the above-entitled action for admission to practice in the Northern District of California
5  on a *pro hac vice* basis, representing Intersearch Worldwide Ltd..

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil Local Rule 11-3. All papers filed by the attorney mist indicate appearance *pro*
8  *hac vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated:_____, 2007    By: _____
13                                            Honorable Saundra Brown Armstrong
                                             United States District Court Judge