Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Email: lmbrenner@duanemorris.com

Lorraine Linford (prospective *pro hac vice*)
Timothy L. Boller (prospective *pro hac vice*)
**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: timb@seedip.com
   lorrainel@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No.: C07 4634 MEJ<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1
2     Lorraine Linford, an active member in good standing of the bar of the State of Washington,
3  1325 4th Avenue, Suite 600, Seattle, WA 98101-2539 (admitted to the highest court in Washington
4  state), having applied in the above-entitled action for admission to practice in the Northern District
5  of California on a *pro hac vice* basis, representing Intersearch Worldwide Ltd..
6     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil Local Rule 11-3.  All papers filed by the attorney mist indicate appearance *pro
8  hac vice*.  Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party.  All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.
11
12 Dated:_____, 2007     By: _____
                                          Honorable Saundra Brown Armstrong
13                                        United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*  CASE NO. C07-4634 MEJ
DM1\1206251.1