**COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD., a United Kingdom Corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>              Defendant. | Case No. C 07 4634 SBA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

        Peter S. Sloane, an active member in good standing of the bar of New York, whose business adress and telephone number is OSTROLENK, FABER, GERB & SOFFEN, LLP, 1180 Avenue of the Americas, New York, New York  10036, telephone 212-382-0700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Intersearch Group, Inc.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____      _____

                                            United States District Court Judge

SCL PAS761484.1-*-11/7/07 10:02 AM

[Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice
Case No. C 07-4634 SBA

CHRISTIE, PARKER & HALE, LLP

-1-

1

**CERTIFICATE OF SERVICE**

2

3          I certify that on November 7, 2007, pursuant to Federal Rules of Civil Procedure, a true

4   and correct copy of the foregoing document described as **[Proposed] Order Granting**

5   **Application for Admission of Attorney Pro Hac Vice** was served on the parties in this action

6   by U.S. Mail addressed as follows:

7   Lina M. Brenner                          Lorraine Linford
    DUANE MORRIS LLP                         Timothy L. Boller
8   One Market, Spear Tower, Suite 2000      SEED INTELLECTUAL PROPERTY LAW
    San Francisco, California  94105-1104    GROUP PLLC
9                                            701 5th Avenue, Suit 5400
                                             Seattle, WA  98104
10

11

12          I declare that I am employed by a member of the bar of this Court, at whose direction

13   this service was made.

14          Executed November 7, 2007 at Pasadena, California.

15

16                                          _Susan Lovelace_

17                                              Susan Lovelace

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP