ROBERT C. FABER
rcfaber@ostrolenk.com
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendant,
INTERSEARCH GROUP, INC.

FILED
NOV - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD., a United Kingdom Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No. C 07 4634 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Robert C. Faber, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Intersearch Group, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

Application for Admission of Attorney Pro Hac Vice
Case No. C 07-4634 SBA

-1-

   1    become familiar with the Local Rules and the Alternative Dispute Resolution
   2    programs of this Court; and,
   3    3.    An attorney who is a member of the bar of this Court in good standing and who
   4    maintains an office within the State of California has been designated as co-
   5    counsel in the above-entitled action. The name, addres and telephone number of
   6    that attorney is:

   Brian K. Brookey
   CHRISTIE, PARKER & HALE, LLP
   350 W. Colorado Blvd., Suite 500
   Pasadena, California  91105
   (626) 795-9900

   I declare under penalty of perjury that the foregoing is true and correct.

   Dated:  11/6/07                    _____

   SCL PAS763939.1-*-11/6/07 3:25 PM

   Application for Admission of Attorney Pro Hac Vice
   Case No. C 07-4634 SBA

   -2-

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on November 7, 2007, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **Application for Admission of Attorney Pro Hac Vice** was served on the parties in this action by U.S. Mail addressed as follows:

Lina M. Brenner
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, California 94105-1104

Lorraine Linford
Timothy L. Boller
SEED INTELLECTUAL PROPERTY LAW
GROUP PLLC
701 5th Avenue, Suit 5400
Seattle, WA 98104

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed November 7, 2007 at Pasadena, California.

*Susan Lovelace*
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001475
Cashier ID: lenahac
Transaction Date: 11/08/2007
Payer Name: Christie Parker and Hale LLP
------------------------------------------
PRO HAC VICE
 For: Robert C. Faber
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:       $210.00
------------------------------------------
CHECK
 Check/Money Order Num: 103636
 Amt Tendered:  $210.00
------------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

07-cv-04634-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```