1  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4
   Email: lmbrenner@duanemorris.com
5

6  Lorraine Linford (prospective *pro hac vice*)
   Timothy L. Boller (prospective *pro hac vice*)
7  **SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
   701 5TH Avenue, Suite 5400
8  Seattle, WA 98104
   Telephone: 206.622.4900
9  Facsimile: 206.682.6031

10 Email: timb@seedip.com
           lorrainel@seedip.com
11
   Attorneys for Plaintiff
12 INTERSEARCH WORLDWIDE LTD.

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>    Defendant. | Case No.: C07 4634 ~~MEJ~~ SBA<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*  CASE NO. C07-4634 MEJ
DM1\1206237.1

1  Timothy L. Boller, an active member in good standing of the bar of the State of Washington,
2  1325 4th Avenue, Suite 600, Seattle, WA 98101-2539 (admitted to the Washington state courts, the
3  Federal District Courts, for the Western and Eastern Divisions, and the Ninth Circuit), having
4  applied in the above-entitled action for admission to practice in the Northern District of California
5  on a *pro hac vice* basis, representing Intersearch Worldwide Ltd..

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil Local Rule 11-3. All papers filed by the attorney mist indicate appearance *pro*
8  *hac vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: 11-14, 2007          By: _____
13                                  Honorable Saundra Brown Armstrong
                                     United States District Court Judge