1  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4
   Email: lmbrenner@duanemorris.com
5

6  Lorraine Linford (prospective *pro hac vice*)
   Timothy L. Boller (prospective *pro hac vice*)
7  **SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
   701 5TH Avenue, Suite 5400
8  Seattle, WA 98104
   Telephone: 206.622.4900
9  Facsimile: 206.682.6031

10 Email: timb@seedip.com
          lorrainel@seedip.com
11
   Attorneys for Plaintiff
12 INTERSEARCH WORLDWIDE LTD.

13

14                 IN THE UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 INTERSEARCH WORLDWIDE LTD, a United       Case No.: C07 4634 ~~MEJ~~ SBA
   Kingdom Corporation,
19                                           **ORDER GRANTING APPLICATION**
            Plaintiff,                       **FOR ADMISSION OF ATTORNEY**
20                                           *PRO HAC VICE*
       v.
21
   INTERSEARCH GROUP, INC., a Florida
22 Corporation,

23          Defendant.

24

25

26

27

28

FILED

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Lorraine Linford, an active member in good standing of the bar of the State of Washington, 1325 4th Avenue, Suite 600, Seattle, WA 98101-2539 (admitted to the highest court in Washington state), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intersearch Worldwide Ltd..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney mist indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-14-07 , 2007

By: _____
Honorable Saundra Brown Armstrong
United States District Judge

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*  CASE NO. C07-4634 MEJ
DM1\1206251.1