Case 4:07-cv-04634-SBA   Document 10   Filed 10/12/2007   Page 1 of 3

1  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS** LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4
   Lorraine Linford (prospective *pro hac vice*)
5  Timothy L. Boller (prospective *pro hac vice*)
   **SEED IP LAW GROUP PLLC**
6  701 5TH Avenue, Suite 5400
   Seattle, WA 98104
7  Telephone: 206.622.4900
   Facsimile: 206.682.6031
8
   Email: lmbrenner@duanemorris.com
9         timb@seedip.com
          lorrainel@seedip.com
10
   Attorneys for Plaintiff
11 INTERSEARCH WORLDWIDE LTD.

12

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

13            IN THE UNITED STATES DISTRICT COURT
14           FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16

17 INTERSEARCH WORLDWIDE LTD, a United        Case No.: C07 4634 MJJ SBA
   Kingdom Corporation,
18                                            **SUBSTITUTION OF LOCAL**
                  Plaintiff,                  **COUNSEL AND [PROPOSED] ORDER**
19
         v.                                   Complaint Filed: September 7, 2007
20                                            Trial Date:      None Set
   INTERSEARCH GROUP, INC., a Florida
21 corporation,

22                Defendant.

23
24
25
26
27
28

PLAINTIFF'S SUBSTITUTION OF COUNSEL

DM1\1205829.1

Case 4:07-cv-04634-SBA    Document 10    Filed 10/12/2007    Page 2 of 3

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiff INTERSEARCH WORLDWIDE LTD.

3  ("INTERSEARCH") substitutes Lina M. Brenner and Duane Morris LLP as its local counsel and

4  attorneys of record in this matter.

### FORMER LOCAL COUNSEL

6  INTERSEARCH's former local counsel:

7  Lawrence J. Siskind (SBN 85628)
   Raffi V. Zerounian (SBN 236388)
8  **HARVEY SISKIND LLP**
   4 Embarcadero Center, 39th Floor
9  San Francisco, CA 94111
   Telephone: 415.354.0100
10  Facsimile: 415.391.1724
   Email: siskind@harveysiskind.com
11         rzerounian@harveysiskind.com

12  are no longer INTERSEARCH'S attorneys in this matter.

### NEW LOCAL COUNSEL

14  INTERSEARCH's new local counsel in this matter and new attorney of record on whom all

15  notices and papers may be served is:

16  Lina M. Brenner (SBN 191075)
   **DUANE MORRIS LLP**
17  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
18  Telephone: 415.957.3000
   Facsimile: 415.957.3001

19

20  Email: lmbrenner@duanemorris.com

### SUBSTITUTION BASED ON CONSENT

22  The undersigned consent to the substitution and certify that this substitution will not delay

23  the proceedings in this matter:

                      **SEED IP LAW GROUP PLLC**

25  Dated: October 12, 2007     By: _____
26                              Attorneys for Plaintiff
                            INTERSEARCH WORLDWIDE LTD.

HARVEY SISKIND LLP

Dated: October 11, 2007    By: _____
Raffi V. Zerounian
Former Local Counsel of Plaintiff
INTERSEARCH WORLDWIDE, INC.

DUANE MORRIS LLP

Dated: October 12, 2007    By:    /s/ Lina M. Brenner
Lina M. Brenner
Attorney for Plaintiff
INTERSEARCH WORLDWIDE LTD.

ORDER

The Court orders that Lina M. Brenner and Duane Morris LLP be substituted as local counsel of record for Plaintiff Intersearch Worldwide Ltd. in this matter, in lieu of Harvey Siskind LLP.

Seed Law Group PLLC shall remain counsel for Plaintiff, contingent upon the granting of Timothy L. Boller's and Lorraine Linford's *pro hac vice* applications.

The Court further orders that, from the date of this Notice, all notices, papers, and pleadings that may or must be served on Plaintiff (that have not already been served in accordance with the Electronic Case Filing rules and processes of the Northern District) be served on:

Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: lmbrenner@duanemorris.com

IT IS SO ORDERED.

Dated: 11-14-07    By: _____
United States District Judge

3
PLAINTIFF'S SUBSTITUTION OF COUNSEL

DM1\1205829.1