Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: lmbrenner@duanemorris.com

Lorraine Linford (*pro hac vice*)
Timothy L. Boller (*pro hac vice*)
**SEED IP LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: timb@seedip.com
       lorrainel@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>INTERSEARCH GROUP, INC., a Florida corporation,<br><br>          Defendant. | Case No.: C07-4634 SBA<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Dept.:   3<br>Judge:   Hon. Saundra Brown Armstrong<br><br>Complaint Filed: September 7, 2007<br>Trial Date:      None Set |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

///

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS          CASE NO. C07-4634 SBA
DM1\1241349.1

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff InterSearch Worldwide Ltd.'s Directors and Offices, which are identified in Appendix A attached hereto;

2. Plaintiff InterSearch Worldwide Ltd.'s Members, Licensees and other Related Entities, which are identified in Appendix B attached hereto; and

3. Non-Party Conex, Inc.

**DUANE MORRIS LLP**

Dated: December 3, 2007     By:   /s/ Lina M. Brenner
                                  Lina M. Brenner
                                  Attorney for Plaintiff
                                  INTERSEARCH WORLDWIDE LTD.