**APPENDIX A**

**PLAINTIFF INTERSEARCH WORLDWIDE, LTD DIRECTORS**

<u>Plaintiff Intersearch Worldwide Ltd's Board of Directors</u>

Mr. Giuliano Viani, Italy, Chairman

Ms. Patricia Epperlein, Brazil

Mr. Heinz Dieter Hestermann, Germany

Mr. Thierry Huning Veringa, The Netherlands

Mr. Peter Waite, Australia

Plaintiff InterSearch Worldwide, Ltd., also has a Standards and Quality Committee, whose Chairman is Mr. Paul Holmes, based in the United Kingdom, and a Training Academy that is managed by Mr. David Wouters, based in Japan.

**APPENDIX B**
**PLAINTIFF INTERSEARCH WORLDWIDE, LTD MEMBERS, LICENSEES**
**AND OTHER RELATED ENTITIES**

Argentina – InterSearch Argentina S.A.

Australia – Waite InterSearch

Austria – Dr. Pendl & Dr. Piswanger GmbH

Belgium – SCHELSTRAETE & DESMEDT Executive Search

Brazil – Mariaca | InterSearch

Bulgaria – Dr. Pendl & Dr. Piswanger EOOD (P&P Group Member)

Canada – Staffing Strategists International – InterSearch Canada

Chile – HK Human Capital

China – SprintPro-InterSearch Ltd / Intersearch China

Czech Republic – Dr. Pendl & Dr. Piswanger Interselect s.r.o.

Denmark – Hedegaard InterSearch A/S

Finland – InterSearch Oys

France – InterSearch France

Germany – InterSearch Deutschland GmbH

Greece – Symvoli – InterSearch Greece

Hungary – Dr Pendl & Dr Piswanger Int. Kft.

India – Spearhead Corporate Services

Ireland – O' Malley & Associates / InterSearch Ltd.

Italy – Euren InterSearch

Japan – InterSearch Japan

Korea – InterSearch Korea

Luxembourg – SCHELSTRAETE & DESMEDT Executive Search

Malaysia – EML-BNB Executive Search

Mexico – Contact person:  Ms Patricia M. Epperlein (Mariaca InterSearch Brazil)

Netherlands – InterSearch Netherlands

New Zealand – Wheeler Campbell Consulting Limited

Norway – InterSearch AS

Peru – Contact person:  Ms Patricia M. Epperlein (Mariaca InterSearch Brazil)

Poland – Czarnocka-Tworzynska Executive Recruitment (CTER)

Portugal – Konsac Group

Qatar – InterSearch Qatar

Romania – Dr Pendl & Dr Piswanger S.R.L (P&P Group member) S.R.L.

Russia – Kontakt Agency

Saudi Arabia – InterSearch Saudi Arabia

Singapore – JAF Consulting Pte Ltd

Slovakia – P & P Management Impulse, spol. s.r.o.

Slovenia – Dr Pendl & Dr Piswanger D.O.O.

South Africa – Renwick Talent

Spain – Konsac Group

Sweden – InterSearch Sweden

Switzerland – Contact person: Mr Heinz- Dieter Hestermann (InterSearch Germany) or Mr. Giuliano Viani (Euren InterSearch Italy)

Thailand – BNB Recruitment Company Ltd

Turkey – Poyraz Consulting Inc.

Ukraine – Personnel Executive

United Arab Emirates – InterSearch in the Gulf

United Kingdom – Breckenridge InterSearch

USA – Cook Associates Inc.