**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CASE MANAGEMENT CONFERENCE MINUTES**

**Date:12/13/07**

**C-07-04634 SBA**          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title: INTERSEARCH WORLDWIDE LTD. vs. INTERSEARCH GROUP, INC.**

**Atty.:   LENA BRENIS                TIM BOLLER/PETER SLOANE**

                                 **BRIAN BROOK**

**Deputy Clerk:  Lisa R. Clark          Court Reporter:    N/R**
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) **2.**_____
( )  ( ) **3.**_____
( )  ( ) **4.**_____
( ) **Motion(s)    ( ) Granted       ( ) Denied        ( ) Off Calendar**
               **( ) Granted/Part  ( ) Denied/Part  ( ) Submitted**
( ) **Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court**

          **RESULT OF CASE MANAGEMENT CONFERENCE**
**Case Continued to 2/5/08        for a Case Management Conference at 1:00 p.m.**
**Case Continued to_____for  OSC RE:_____**
**Case Continued to_____for_____Motion Hearing**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**General Discovery Cut-off_____Expert Discovery Cut-off_____**
**Plft to name Experts by_____Deft to name Experts by_____**
**All Dispositive Motions to be heard by ( Motion Cut-off)_____**
**Case Continued to_____for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses**
**to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.**
**( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE**
**( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:**_____
_____
_____cc: