COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JAN 04 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD., a United Kingdom Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation,<br><br>Defendant. | Case No. C 07 4634 SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Angela M. Martucci, an active member in good standing of the bar of New York, whose business adress and telephone number is OSTROLENK, FABER, GERB & SOFFEN, LLP, 1180 Avenue of the Americas, New York, New York 10036, telephone 212-382-0700, (admitted to the New York state court, the Federal District Courts for the Southern District of New York and Eastern District of New York) having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Intersearch Group, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 12-24-07

_____
United States District Court Judge

SCL PAS769688.1-*-12/14/07 4:20 PM
[Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice
Case No. C 07-4634 SBA

-1-

# CERTIFICATE OF SERVICE

I certify that on December 18, 2007, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice (Angela M. Martucci)** was served on the parties in this action by U.S. Mail addressed as follows:

Lina M. Brenner
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, California 94105-1104

Lorraine Linford
Timothy L. Boller
SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 5th Avenue, Suit 5400
Seattle, WA 98104

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 18, 2007 at Pasadena, California.

_Susan Lovelace_
Susan Lovelace

07-4634
CHRISTIE, PARKER & HALE, LLP