Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: lmbrenner@duanemorris.com

Lorraine Linford (*pro hac vice*)
Timothy L. Boller (*pro hac vice*)
**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: timb@seedip.com
        lorrainel@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>INTERSEARCH GROUP, INC., a Florida corporation,<br><br>             Defendant. | Case No.: C07 4634 SBA<br><br>**DECLARATION OF TIMOTHY L. BOLLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:          February 5, 2008<br>Time:          1 p.m.<br>Courtroom:  3<br>Judge:        Hon. Saundra Brown<br>                   Armstrong<br><br>Complaint Filed:  September 7, 2007<br>Trial Date:        None Set |

1

DECLARATION OF TIMOTHY L. BOLLER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS          CASE NO. C07-4634 SBA

I, Timothy L. Boller, hereby declare and state that:

1.      I am a principal of the Seed Intellectual Property Law Group PLLC and counsel for Plaintiff InterSearch Worldwide, Ltd. ("InterSearch") in this matter. The following facts are true of my own knowledge unless otherwise stated.

2.      InterSearch and Cook and Cook Associates, Inc. ("Cook") filed a motion before the New York Court to dismiss the Declaratory Judgment Action filed by Banks.com, or in the alternative to transfer any remaining claims to the Northern District of California. Banks.com opposed the motion and the motion before the New York Court was fully briefed as of November 1, 2007. Banks.com moved to dismiss the California Action. When the California Action was reassigned, the further filing and hearing dates for Bank.com's Motion were vacated, and subsequently reset after Banks.com filed an amended Notice. The current hearing date for Banks.com's motion to dismiss the California Action is February 5, 2008. The two cases have not otherwise proceeded beyond initial pleadings.

3.      In its opposition to InterSearch's motion to dismiss the Declaratory Judgment Action, Banks.com falsely stated that "the Cook officer principally responsible for the business associated with the mark INTERSEARCH, the mark in dispute in the trademark infringement action, is based in New York." Banks.com cited the Declaration of Peter Sloane, ¶¶ 15-17, which refers to Ms. Susan Denison of Cook's New York Office and Exhibits F-I of Mr. Sloane's declaration.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the declaratory judgment Complaint Banks.com filed in the Southern District of New York on May 3, 2007.

5.      Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Complaint in the Southern District of New York that Banks.com served on September 21, 2007.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Mr. Heinz-Dieter Hestermann in Support of [InterSearch's] Motion to Dismiss that was filed with the New York Court on October 5, 2007.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of John Kins in Support of [InterSearch's] Motion to Dismiss that was filed with the New York Court on November 1, 2007.

2

8.     Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Lorraine Linford in Support of [InterSearch's] Motion to Dismiss that was filed with the New York Court on October 5, 2007.   Paragraph 11 and Exhibit 1 of Ms. Linford's Declaration have been redacted to remove references to a specific settlement proposal in accordance with local practice in the Northern District of California.

9.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 15th day of January, 2008.


_____/s/ Timothy L. Boller_____
Timothy L. Boller