Lina M. Brenner (SBN 191075)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: lmbrenner@duanemorris.com

Lorraine Linford (admitted *pro hac vice*)
Timothy L. Boller (admitted *pro hac vice*)
**SEED IP LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: lorrainel@seedip.com
       timb@seedip.com

Attorneys for Plaintiff
INTERSEARCH WORLDWIDE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTERSEARCH GROUP, INC., a Florida corporation,<br><br>　　　　　　Defendant. | Case No.: C07-4634 SBA<br><br>**PROOF OF SERVICE BY MAIL AND FASCIMILE OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; DECLARATION OF TIMOTHY L. BOLLER IN SUPPORT**<br><br>Date:　February 5, 2008<br>Time:　1 p.m.<br>Courtroom: 3<br>Judge:　Hon. Saundra Brown Armstrong<br><br>Complaint Filed: September 7, 2007<br>Trial Date:　　None Set |

# PROOF OF SERVICE

*Intersearch Worldwide Ltd. v. Intersearch Group, Inc.*

United States District Court, Northern District, Oakland Division, Case No. C07 4634 SBA

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date set forth below, I served the following document(s):

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;**

**DECLARATION OF TIMOTHY L. BOLLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (EXHIBITS BY MAIL ONLY)**

on the interested party(ies) in this action in the following manner:

[X]   **BY MAIL:** On the date set forth below, at San Francisco, California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

[X]   **BY FACSIMILE:** On the date set forth below, at San Francisco, California, I caused the foregoing document(s) to be transmitted by facsimile transmission. I am readily familiar with the firm's business practice regarding facsimile transmissions. According to that practice, the document(s) will be transmitted by facsimile from the offices of Duane Morris that same day to the law office(s) stated below to their known business facsimile number(s) and/or to the facsimile number(s) maintained by the addressee(s) designated below at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The transmission(s) was(were) reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Duane Morris' four Canon Laser Class facsimile machine(s) is(are) attached hereto.

Robert C. Faber
Angela M. Martucci
Peter Sloan
Ostrolenk Faber Gerb & Soffen LLP
1180 Avenue of the Americas
New York, NY  10036
T: 212-382-0700
F: 212-382-0888

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 16, 2008, at San Francisco, California.

BETH COFFEY