**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Post Office Box 7068**
**Pasadena, California 91109-7068**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

**ROBERT FABER**
Rfaber@ostrolenk.com
**PETER S. SLOANE**
psloane@ostrolenk.com
**OSTROLENK, FABER, GERB & SOFFEN, LLP**
**1180 Avenue of the Americas**
**New York, New York 10036**
**Telephone:  (212) 382-0700**
**Facsimile:  (212) 382-0888**

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSEARCH WORLDWIDE LTD, a United Kingdom Corporation,<br><br>             Plaintiffs,<br><br>      vs.<br><br>INTERSEARCH GROUP, INC., a Florida Corporation<br><br>             Defendants. | Case No. 07 4634 SBA<br><br>**SUPPLEMENTAL DECLARATION OF PETER S. SLOANE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:        February 5, 2008<br>Time:        1:00 pm<br>Ctrm:        3<br><br>Hon. Saundra Brown Armstrong |

{00900547.1}

-1-

I, Peter S. Sloane, hereby declare as follows:

1.    I am a Partner in the law firm Ostrolenk, Faber, Gerb & Soffen, LLP ("Ostrolenk"), attorneys for Defendant Banks.com, formerly known as Intersearch Group, Inc. ("Defendant") in this matter.

2.    I submit this supplemental declaration upon my personal familiarity with the facts and papers in this matter and in support of Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

3.    Ostrolenk represented Defendant in negotiating its dispute with Conex Incorporated ("Conex") over rights to the mark INTERSEARCH in the U.S.  In settlement of that dispute, Conex assigned to Defendant the rights to U.S. Registration Nos. 1,125,849, 2,531,787 and 2,346,993 for the mark INTERSEARCH for executive search and human resource services (hereinafter collectively referred to as the "Registrations").

4.    During the trial of this action, Conex is sure to play an important role as a witness concerning its alleged license to use the mark INTERSEARCH in the U.S. and the assignment of its trademark rights to Defendant.  Upon information and belief, Conex is presently located on Madison Avenue in Manhattan in this District.

5.    By letter dated December 22, 2006, Ostrolenk responded to Intersearch Worldwide Limited's ("Worldwide") December 19, 2006 objection letter demanding that Defendant cease use of the name and mark INTERSEARCH.  Ostrolenk notified Worldwide that Defendant was the true owner of the mark INTERSEARCH and that Worldwide's claims were misplaced.  The letter also stated that "an amicable resolution to this situation should be possible."  A copy of Ostrolenk's December 22, 2006 letter is attached as Exhibit A.

6.    In response to Ostrolenk's December 22, 2006 letter, Worldwide's attorneys sent a letter to Ostrolenk dated March 15, 2007, reiterating Worldwide's position and again stating that Worldwide "may still be willing to discuss an amicable resolution of this matter, if [Defendant] cooperates fully and in a timely manner."  The letter concluded that Worldwide would "take whatever steps are necessary to secure [the INTERSEARCH] mark in the United States."  A copy of the March 15, 2007 letter is attached as Exhibit B.

{00900547.1}

-2-

7.    After Defendant filed the New York Action, Worldwide chose to file the instant, second-filed action, before it moved to dismiss or transfer the New York Action.

8.    Upon information and belief, Worldwide has granted a license to a company named Cook Associates, Inc. ("Cook") to use the mark INTERSEARCH in the U.S. for executive search services.

9.    Worldwide identifies Cook as its U.S. location on its Internet web site at www.intersearch.org. A printout of the web page is attached as Exhibit C. Worldwide further identifies New York as the second of its seven U.S. locations.

10.    Cook, in turn, presently holds itself out as the exclusive U.S. representative of Worldwide on its Internet web site at www.cookassociates.com. A printout of the web site is attached as Exhibit D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York, on January 22, 2008.

_____
Peter S. Sloane

{00900547.1}

-3-

# Exhibit A

December 22, 2006

Ms. Lorraine Linford
Seed IP
701 Fifth Avenue
Suite 5400
Seattle, WA 98104

     Re: U.S. Trademark Registrations of Intersearch Group Inc.
       Your Ref.: 48023.801
       OFGS Ref.: 7/4700-39

Dear Ms. Linford:

   This responds to your letter of December 19, 2006 addressed to the President of
Intersearch Group Inc. claiming ownership of three United States Trademark
Registrations which Intersearch Group Inc. acquired in good faith from their owner of
record, Conex, Inc.

   As part of its due diligence in obtaining Assignment of those registrations,
Intersearch Group Inc. checked the Assignment records of the United States Patent and
Trademark Office and did not find any Assignment or other document affecting title to
those registrations. Any purported Assignment or other document affecting title to those
registrations which you have asserted or called to our attention is void against Intersearch
Group, Inc., pursuant to Section 10 of the Lanham Trademark Act, 15 U.S.C § 1060(4).

   Your client located outside of the United States had adequate opportunity to
protect the name or mark INTERSEARCH to itself by registering the trademark in its
own name, by obtaining Assignment of the trademark from its "licensee" in the United
States or by recording the unrecorded document on which you now seek to rely.

   Section 4.2 of the document appoints the Members to take reasonable steps to
protect the name INTERSEARCH at their own expense. Conex apparently did that.
They applied in their own name. Had your client been sufficiently diligent and careful,
they would have checked on Conex' applications and registrations and might either have
had them refiled by Conex identifying your client as the Applicant and therefore the

{00806424.1}

EXHIBIT 4
PAGE 4

Ms. Lorraine Linford
December 22, 2006
Page 2

Registrant or the client would have recorded a document that preserved your client's rights. Your client had several occasions to protect itself and protect my client as well from making a bona fide purchase of U.S. registered trademark rights. But your client failed to avoid harm to my client who proceeded in good faith.

Further, from the tone of your letter, you are trying to convert the Agreement with Conex into an Assignment from Conex to your client. I see nothing in the Agreement that suggests that was intended by the signers or that there had been any Assignment. However, if that document is being treated as an Assignment to your client, then the failure to record it makes my client a bona fide purchaser.

Your client's claim, if any, is not against my client. Your client should blame itself for not having taken due care of what it belatedly claims is its trademark property.

Very truly yours,

OSTROLENK, FABER, GERB & SOFFEN LLP

Robert C. Faber

RCF:mjb

{00806424.1}

EXHIBIT 4
PAGE 5

# Exhibit B

Seed$^{IP}$

March 15, 2007

Lorraine Linford
(206) 694-4826
LorraineL@SeedIP.com

By Facsimile 212.382.0888
Confirmation By US Mail

Mr. Robert C. Faber                                              Without Prejudice
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036-8403

Re:    Intersearch Worldwide, Ltd. and Intersearch Group, Inc.
       Your Reference: 7/4700-39
       Seed IP Reference: 480243.801

Dear Mr. Faber,

Thank you for your letter of December 22, 2006.

In response to your assertion that Intersearch Group is a bona fide purchaser of the
INTERSEARCH mark and associated three trademark registrations, we think that even the
most rudimentary due diligence would have included asking Mr. Siegel if there were any
claims against the mark or limitations on Conex's ability to use the mark.  Assuming that you
asked such a question, Mr. Siegel would certainly have made you aware of Isww's claim of
ownership and of the Shareholder Agreement, under which Conex agreed that it could only
use the INTERSEARCH mark with the permission of Intersearch Worldwide and under which
it was required to cease all use of the INTERSEARCH mark upon termination of its
membership in my client.

Furthermore, it is our understanding from a discussion with Fred Siegel's counsel, that Mr.
O'Donnell dealt directly with Mr. Siegel and was aware of Conex's participation in Intersearch
Worldwide.  Under Ninth Circuit law, knowledge of a fact that would cause a reasonable
person to make an inquiry that would reveal the interest of a third party is sufficient notice to
preclude a bona fide purchase.  Knowledge of Conex's participation in Intersearch
Worldwide constitutes such notice, and we are confident that a reasonable level of due
diligence would have revealed my client's interest in the mark.  Your client is therefore not a
bona fide purchaser.  We also question to what extent Mr. O'Donnell had actual knowledge
of my client's interest in the mark, and we note that the Shareholder Agreement, while
creating an obligation to assign the registrations to our client, was not an assignment.  As
such, contrary to your assertions, 15 U.S.C. § 1060(4) does not apply to the Shareholder
Agreement, as this section applies only to the recordation of the assignments of trademarks.

Even if your client was a bona fide purchaser, Intersearch Group, at best, would have
stepped into the shoes of Conex, and may only use the INTERSEARCH mark on the
relevant services with the permission of my client.  More particularly, in *California Packing
Corp. v. Sun-Maid Raisin Growers of California*, 81 F.2d 674 (9th Cir. 1936), the purchaser of
the "Sun-Maid" mark argued that it should not be bound by the terms of a contract entered
into by its predecessor-in-interest, under which its predecessor had agreed to refrain from
the use of the Sun-Maid trademark on all products other than raisins and food products or
confections containing raisins.  The purchaser of the Sun-Maid mark argued that it should
not be bound by the terms of the agreement, given that it purchased the mark in good faith
for valuable consideration without notice or knowledge of the contract and that as such, they

. Property Law Group PLLC

Si          telle.

address  701 Fifth Avenue
         Suite 5400
         Seattle, WA 98104
phone    206.622.4900
facsimile 206.682.6031
website  SeedIP.com

EXHIBIT  B
PAGE  6

03/15/2007 16:49 FAX 1 206 682 6031          SEED IP LAW GROUP PLLC                  Ø003/003

Mr. Robert Faber                                                                    480243.801
March 15, 2007
Page 2

were a bona fide purchaser.  In response, the court held that the failure to record the contract
did not open the door to a bona fide purchaser to question the validity of the contract for the
transaction was not an assignment of the Sun-Maid trademark, but rather a contract limiting
the right of the parties in their use of the mark.  *Id.* at 677.

Similarly, the Shareholder Agreement entered into by Conex is a contract limiting Conex's
use of the INTERSEARCH mark.  As such, under Ninth Circuit law, Intersearch Group may
not maintain a larger right than was possessed by Conex, and Intersearch Group's
ownership of the mark and registrations, should they be found to be valid, are subject to the
same equities and restrictions as could be asserted against Conex.  As such, even if we
assume for purposes of argument that your client owns the Federal registrations, it may not
use the mark in connection with the services identified in the registrations without the
permission of my client.

Furthermore, any common law rights that Conex had in the mark independent of Intersearch
Worldwide to use the INTERSEARCH mark were merged with Intersearch Worldwide's rights
when Conex became a member of Intersearch Worldwide and signed the Shareholders
Agreement.  *U.S. Jaycees v. San Francisco Jr. Chamber of Commerce (Jaycees)*, 354
F. Supp. 61, 66, 71-72 (N.D. Cal. 1972), *aff'd*, 513 F.2d 1226 (9th Cir. 1975) (per curium)
(affirming on the basis of the district court opinion).  "[A]ny rights [a member organization]
might have had independent of [the central organization] to the use of the [marks] were
merged with the rights of the [central organization] upon [the member's] affiliation.  *Id.* at 66.
Given that such common law rights cover ancillary services not specifically identified in the
registrations, and rights to such services predate those of the registrations sold by Conex to
Intersearch Group, my client owns prior common law rights to the mark.

Finally, we note that Intersearch Worldwide is a worldwide organization, with members in
over 45 countries.  We therefore find it hard to believe that is in your client's best business
interests to adopt and use a mark on recruiting and related services, that will most certainly
result in consumer confusion, as to your client's affiliation with Intersearch Worldwide.

Our client may still be willing to discuss an amicable resolution of this matter, if your client
cooperates fully and in a timely manner.  Please understand, however, that unlike ISG, which
has only recently expanded into our client's area of services, Intersearch Worldwide has
been providing such services extensively since 1989, and has invested considerable
resources developing a worldwide reputation in the mark for its services.  Given the
significant nature of the U.S. market, our client must be free to continue using its mark
seamlessly throughout the world, including the U.S.  Our client will therefore take whatever
steps are necessary to secure its mark in the United States.

Very truly yours,
Seed IP Law Group PLLC

Lorraine Linford

890388_1.DOC

EXHIBIT  *B*
PAGE  *7*

Exhibit C

descriptions

A worldwide organisation of executive search and human
resource consulting firms
printable version



The Intersearch Network - your global/local partner for executive search.

# Our locations

## Argentina

**InterSearch Argentina S.A.**

Offices in: Buenos Aires, Cordoba, Rosario
Main contact: Mr Rodrigo F. DONOSO
Av. Callao 1121 10° D
C1023AAE Buenos Aires
ARGENTINA
Tel: 54 11 4813 2753
Fax: 54 11 4816 2111
Email: r.f.donoso@intersearch.org
web: www.intersearch.com.ar

## Australia

**Waite InterSearch**

Offices in: Melbourne, Sydney
Main contact: Mr Peter Waite
Level 11
459 Collins Street
Melbourne Victoria 3000
AUSTRALIA
Tel: 61 3 9621 2066
Fax: 61 3 9621 1757
Email: pw@waite.com.au
web: www.waite.com.au

## Austria

**Dr. Pendl & Dr. Piswanger GmbH**

Offices in: Vienna, Eisenstadt, Linz, Salzburg, Innsbruck, Graz, Klagenfurt, Bregenz, Götzis
Main contact: Mr Peter Pendl
Bartensteingasse 5
A-1010 Vienna
AUSTRIA
Tel: 43 1 402 76 08/17
Fax: 43 1 402 76 08/31
Email: p.pendl@pendlpiswanger.at
web: www.pendlpiswanger.at

## Belgium

EXHIBIT _C_
PAGE _8_

SCHELSTRAETE & DESMEDT Executive Search

Offices in: Ghent, Brussels
Main contact: Mr Frank Schelstraete
Bagattenstraat 165
B-9000 Ghent
BELGIUM
Tel: 32 9 233 03 79
Fax: 32 9 233 03 18
Email: frank@s-d.be
web: www.s-d.be

# Brazil

Mariaca | InterSearch

Offices in: Sao Paulo, Rio de Janeiro
Main contact: Ms Patricia M. Epperlein
Rua Pequetita, 145-7o andar
04552-907 - Sao Paulo - SP
BRAZIL
Tel: 55 11 3844 6061
Fax: 55 11 3848 9510
Email: pepperlein@mariaca.com.br,
web: www.mariaca.com.br

# Bulgaria

Dr. Pendl & Dr. Piswanger EOOD (P&P Group Member)

Office in: Sofia
Main contact: Mrs Mirena Petrova
27 Vejen Str.
1421 Sofia
BULGARIA
Tel: 359 2 963 19 75
Fax: 359 2 963 19 56
Email: office@pendlpiswanger.com
web: www.pendlpiswanger.com

# Canada

Staffing Strategists International - InterSearch Canada

Offices in: Vancouver,Toronto, Montreal, Halifax
Main contact: Mr Jim Wilson
5945 Spring Garden Road
Halifax, Nova Scotia B3H 1Y4
CANADA
Tel: 1 902 423 1657
Fax: 1 902 423 0277
Email: jim.wilson@staffingstrategists.com
web: www.intersearch-canada.com

# Chile

EXHIBIT _C_ PAGE _9_    1/22/2008

**HK Human Capital**

Office in: Santiago
Main contact: Mr Christian Spröhnle
Avda Isidora Goyenechea 2934 Piso 12
Las Condes
Santiago
Chile
Tel: 56 2 3331701
Fax: 56 2 3331791
Email: christian.sprohnle@hkhumancapital.cl
web: www.hkhumancapital.cl

# China

**SprintPro-InterSearch Ltd / Intersearch China**

Offices in: Hong Kong, Guangzhou, Shanghai, Beijing
Main contact: Mr Johnny Ng, President
22/F, 3 Lockhart Road
Wanchai
HONG KONG
Tel: 852 6216 1333
Fax: 852 2317 1178
Email: johnny.ng@spchina.com,
johnnyng@intersearch.com.hk
web: www.intersearch.com.hk,
www.spchina.com

# Czech Republic

**Dr. Pendl & Dr. Piswanger Interselect s.r.o.**

Office in: Prague
Main contact: Mr Igor Svatos
Korunni 127
130 00 Prague 3
CZECH REPUBLIC
Tel: 420 272 742 703
Fax: 420 272 742 704
Email: i.svatos@pendlpiswanger.cz
web: www.pendlpiswanger.cz

# Denmark

**Hedegaard InterSearch A/S**

Office in: Copenhagen
Main contact: Mr Per Hedegaard
Hammerensgade 6
DK 1247 Copenhagen
DENMARK
Tel: 45 33 63 03 20
Fax: 45 33 63 03 21
Email: ph@intersearch.dk
web: www.intersearch.dk

EXHIBIT C
PAGE 10

descriptions

# Finland

**InterSearch Oys**

Offices in: Helsinki, Turku,
Main contact: Mr Jouni Riekki, Mr Juhani Konu
Pohjoinen Makasiinikatu 6 A 3rd floor
FIN-00130 Helsinki
FINLAND
Tel: 358 207961730
Fax: 358 207961739
Email: jouni.riekki@intersearch.fi
web: www.intersearch.fi

# France

**InterSearch France**

Office in: Paris
Main contact: Mrs Anne Debieuvre
59, Boulevard Exelmans
75016 Paris
FRANCE
Tel: 33 (0)1 53 84 74 78
Fax: 33 (0)1 53 84 74 84
Email: a.debieuvre@intersearchfrance.com
web: www.intersearchfrance.com

# Germany

**InterSearch Deutschland GmbH**

Offices in: Bad Homburg, Berlin, Bremen, Hamburg, Düsseldorf, München
Main contact: Mr Heinz- Dieter Hestermann
Spitzenkiel 14/15
28195 Bremen
GERMANY
Tel: 49 421 162799
Fax: 49 421 1627988
Email: h.d.hestermann@mr-intersearch.de
web: www.mr-intersearch.de

# Greece

**Symvoli – InterSearch Greece**

Offices in: Athens
Main contact: Mr Harris Karaolides
54 Vas. Sophias Ave.
Athens 115 28
GREECE
Tel: 30 210 7294 720
Fax: 30 210 7294 725
Email: symvoli@otenet.gr,
info@symvoli-intersearch.gr
web: www.symvoli-intersearch.gr

EXHIBIT _C_
PAGE __11__

1/22/2008

descriptions

# Hungary

**Dr Pendl & Dr Piswanger Int. Kft.**

Office in: Budapest
Main contact: Mr Andràs Lipcsei
Logodi utca 44
1012 Budapest
HUNGARY
Tel: 36 1 487 0241
Fax: 36 1 487 0248
Email: andras.lipcsei@pendlpiswanger.hu,
pandp@pendlpiswanger.hu
web: www.pendl.hu

# India

**Spearhead InterSearch**

Offices in: New Delhi, Bangalore, Calcutta, Mumbai
Main contact: Mr Jyorden Misra
B-1/1460, Vasant Kunj
New Dehli-110070
INDIA
Tel: 91 11 26136471/72
Fax: 91 11 26137160/61
Mobile: + 91 98110 22655
Email: jyorden@spearhead.co.in
web: www.spearhead.co.in

# Ireland

**O' Malley & Associates / InterSearch Ltd.**

Offices in: Dublin, Cork, Athlone
Main contact: Mr Gerard O' Malley
OMI House
6, Orchard Business Centre
Orchard Avenue
City West Campus
Dublin 24
IRELAND
Tel: 353 1 466 3361
Fax: 353 1 466 3744
Mobile: 353 86 2544709
Email: gomalley@omalley-intersearch.com
web: www.omalley-intersearch.com

# Italy

**Euren InterSearch**

Offices in: Turin, Milan, Rome
Main contact: Mr Giuliano Viani, Ms Carla Calvo, Ms Elena Molinari, Ms Sandra Sgro, Mr Sebastiano Vian
Corso Marconi 13

EXHIBIT _C_
PAGE _12_

descriptions

10125 Torino
ITALY
Tel: 39 011 669 0143
Fax: 39 011 669 3104
Email: euren.intersearch@intersearch.it
web: www.intersearch.it

# Japan

**InterSearch Japan**

Office in: Tokyo
Main contact: Mr David A. Wouters
6-16-50 Roppongi
Minato-Ku
Tokyo 106
JAPAN
Tel: 81 33 423 7491
Fax: 81 33 423 7492
Email: d.wouters@intersearchjapan.com,
japan@intersearchjapan.com,
wouters@gol.com
web: www.intersearchjapan.com

# Korea

**InterSearch Korea**

Office in: Seoul
Main contact: Mr Steve Chough
4th Floor Jang Bldg.
61-6 Nohhyun-dong
Gangnam-gu, Seoul
KOREA 135-010
Tel: 82 2 517 7861
Fax: 82 2 517 7861
Email: inskorea@chollian.net
web: www.kr.intersearch.org

# Luxembourg

**SCHELSTRAETE & DESMEDT Executive Search**

Offices in: Ghent, Brussels
Main contact: Mr Frank Schelstraete
Bagattenstraat 165
B-9000 Ghent
BELGIUM
Tel: 32 9 233 03 79
Fax: 32 9 233 03 18
Email: frank@s-d.be
web: www.s-d.be

# Malaysia

**EML-BNB Executive Search**

EXHIBIT _C_
PAGE _13_

1/22/2008

descriptions

Offices in: Petaling Jaya (Kuala Lumpur)
Main contact: Annie Fernandez
Unit 601B Level 6
Tower B Uptown 5, No 5 Jalan SS 21/39
Damansara Uptown
47400 Petaling Jaya
Selangor, MALAYSIA
Tel: 603 7725 8533
Fax: 603 7725 8646
Email: annie@emlbnb.com
web: www.emlbnb.com

# Mexico

Contact person: Ms Patricia M. Epperlein (Mariaca InterSearch Brazil)

# Netherlands

**InterSearch Netherlands**

Office in: Rotterdam
Main contact: Mr Thierry Huning Veringa
Cypresbaan 7
2908 LT Capelle a/d IJssel
Rotterdam
NETHERLANDS
Tel: 31 10 258 2636
Fax: 31 10 420 3007
Email: t.huning.veringa@intersearch.nl
web: www.intersearch.nl

# New Zealand

**Wheeler Campbell Consulting Limited**

Office in: Wellington, Auckland
Main contact: Mr Rob Borgers
PO Box 205
Wellington, NZ
Level 13, Sovereign Centre
117 Customhouse Quay
Wellington
NEW ZEALAND
Tel: 64 4 499-1500
Fax: 64 4 499-1600
Email: anna.jones@wheelercampbell.co.nz
web: www.intersearchnz.co.nz

# Norway

**InterSearch AS**

Office in: Oslo
Main contact: Mr Arve Winge
Professor Dahlsgt 26

EXHIBIT _C_
PAGE _14_

0260 Oslo
NORWAY
Tel: 47 22 55 33 33
Fax: 47 22 55 33 36
Email: firmapost@intersearch.no
arve.winge@intersearch.no
web: www.intersearch.no

# Peru

Contact person: Ms Patricia M. Epperlein (Mariaca InterSearch Brazil)

# Poland

**Czarnocka-Tworzynska Executive Recruitment (CTER)**

Office in: Warsaw
Main contact: Mrs Joanna Czarnocka-Tworzynska
Nowy Swiat 30/5
00-373 Warsaw
POLAND
Tel: 48 22 828 3667
Fax: 48 22 828 3667
Email: joanna@cter.pl
web: www.cter.pl

# Portugal

**Konsac Group**

Office in: Lisbon
Main contact: Mr Rodrigo Pereira Coutinho
Campo Grande, 35, 6e A
1700-087 Lisboa
PORTUGAL
Tel: 351 217 937 117
Fax:
Email: rpcoutinho@konsac.pt
web: www.konsac.pt

# Qatar

**InterSearch Qatar**

Office in: Doha
Main contact: Joanne Thomas
Office 704
Qatar Financial Centre Tower
West Bay
Doha Qatar
Tel: 974 496 7294
Fax: 974 496 7290
Email: jt@intersearch.ae
web: www.intersearch.ae

# Romania

**Dr Pendl & Dr Piswanger Romania S.R.L (P&P Group member) S.R.L.**

Office in: Bucharest
Main contact: Mr Richard Shanks
Str. Aurel Vlaicu nr. 87 er.2
Ap3, sector 2
Bucuresti
ROMANIA
Tel: 40 21 212 0108
Fax: 40 21 610 7497
Email: richard@ppromania.ro
office@ppromania.ro
web: www.ppromania.ro

# Russia

**Kontakt Agency**

Office in: Moscow
Main contact: Ms Tatiana Ananyeva, Ms Olga Sabinina
13/36 Arbat st.
MOSCOW 119019
RUSSIA
Tel: 7 095 202 21 10
Fax: 7 095 203 23 63
Email: olga_sabinina@kontakt.ru
Email: olga_sabinina@kontakt.ru
web: www.kontakt.ru

# Saudi Arabia

**InterSearch Saudi Arabia**

Office in: Riyadh, Jeddah, Dammam
Main contact: Mr Sultan Al Ammash
P.O. Box 93331
Riyadh 11687
KINGDOM OF SAUDI ARABIA
Tel: 00 966 1 2777100 / 1462
Fax: 00 966 1 2488797
Email: md@intersearch.com.sa
web: www.intersearch.com.sa

# Singapore

**JAF Consulting Pte Ltd**

Office in: Singapore
Main contact: Ms Amy Hoon
1 Goldhill Plaza
#03-35/37 Podium Block
Singapore 308899
SINGAPORE
Tel: 65 6854 9822

EXHIBIT  C
PAGE  10

1/22/2008

descriptions

Fax: 65 6254 3128
Email: amyhoon@jafcpl.com
web: www.jafcpl.com

# Slovakia

**P & P Management Impulse, spol. s.r.o.**

Office in: Bratislava
Main contact: Dr Eva Streckova
Cukrova 14
813 39 Bratislava
SLOVAKIA
Tel: 421 2 59324488
Fax: 421 2 59324487
Email: streckova@papmi.sk
web: www.papmi.sk

# Slovenia

**Dr Pendl & Dr Piswanger D.O.O.**

Office in: Ljubljana
Main contact: Ms Romana Kovacs
Krziceva ulica 9
SI – 1000 Ljubljana
SLOVENIA
Tel: 386 59 083 300
Fax: 386 59 083 309
Email: romana.kovacs@pendlpiswanger.si
web: www.pendlpiswanger.si

# South Africa

**Renwick Talent**

Offices in: Sandton, Cape Town, Durban
Main contact: Ms Georgina Barrick
6 Protea Place, 1st Floor
Sandown, Sandton
Private Bag X888
Benmore 2010
REPUBLIC SOUTH AFRICA
Tel: 27 11 269 8899
Fax: 27 11 269 8803
Email: georgina.barrick@renwicktalent.co.za
web: www.renwicktalent.co.za

# Spain

**Konsac Group**

Offices in: Madrid, Barcelona
Main contact: Ms Lidia Minguella
c/Ferraz, 78 - 3
28008 MADRID

EXHIBIT _C_
PAGE _17_

SPAIN
Tel: 34 91 559 89 00
Fax: 34 91 559 25 75
Email: lminguella@konsac.es
web: www.konsac.com

# Sweden

**InterSearch Sweden**

Office in: Stockholm, Gothenburg
Main contact: Mr Jan Johnsson, Mr Andrea Montanari
Grev Turegatan 27
S - 114 38 STOCKHOLM
SWEDEN
Tel: 46 8 654 74 00
Fax: 46 8 650 93 83
Email: jan@intersearch.se,
andrea.montanari@intersearch.se
web: www.intersearch.se

# Switzerland

Contact person: Mr Heinz- Dieter Hestermann (InterSearch Germany) or Mr Giuliano Viani (Euren InterSea
Italy)

# Thailand

**BNB Recruitment Company Ltd**

Office in: Bangkok
Main contact: Ms Jennifer Khoo
Room 1205, 12th Floor
140 One Pacific Place
Sukhumvit Road, Klongtoey
Bangkok 10110
THAILAND
Tel: 662 653 2512 - 5
Fax: 662 653 2518
Email: jennifer@emlbnb.com
web: www.emlbnb.com

# Turkey

**Poyraz Consulting Inc.**

Office in: Istanbul
Main contact: Mr. Ali Ihsan Poyraz, Ms Ceyda Dumlupinar
Poyracik Sok. No.7 Nisantasi
ISTANBUL 34365
TURKEY
Tel: 90 212 230 2295 / 231 5187
Fax: 90 212 247 1387
Email: ceyda@poyrazdanismanlik.com.tr,
aip@poyrazdanismanlik.com.tr
web: www.poyrazdanismanlik.com.tr

EXHIBIT _C_
PAGE _18_

descriptions

# Ukraine

**Personnel Executive**

Office in: Kiev
Main contact: Ms Elena Strelets
5 Spasskaya Street, office 4.18 (section 2, 6th floor)
Kiev
UKRAINE
Tel: + 38 044 230 97 86 / 87
Fax: + 38 044 230 97 86 / 87
Email: es@personnel.kiev.ua
web: www.personnel.com.ua

# United Arab Emirates

**InterSearch in the Gulf**

Offices in: Dubai, Abu Dhabi, Qatar, Bahrain and Oman
Main contact: Mr John Robinson
Cab/couries:
Office 148 + 133, Emirate Attrium Building
Sheik Zayed Road
Dubai
Mailing:
PO Box 58026
Dubai
UNITED ARAB EMIRATES
Tel: 971 4 343 9960
Fax: 971 4 343 9030
Email: jr@intersearch.ae
web: www.intersearch.ae

# United Kingdom

**Breckenridge InterSearch**

Offices in: Birmingham, London
Main contact: Mr Paul Holmes
InterSearch House
5 George Road
Edgbaston
Birmingham B15 1NP
UNITED KINGDOM
Tel: 44 121 456 7640
Fax: 44 870 42 99 843
Email: info@intersearchuk.com
web: www.intersearchuk.com

# USA

**Cook Associates, Inc.**

Offices in: Chicago, New York, Philadelphia, Boston, Washington, Boulder (CO), Ashland (VA)
Main contact: Mr John Kins, Ms Mary Kier

EXHIBIT _C_
PAGE _19_

descriptions

212 W. Kinzie Street
Chicago, IL 60610
USA
Tel: 1 312 755 5616 (Mr. Kins)
Tel: 1 312 755 5614 (Ms. Kier)
Fax: 1 312 329 1528
Email: jkins@cookassociates.com
mkier@cookassociates.com
web: www.cookassociates.com

webdesign: ManufakturaCopyright 2006, InterSearch Worldwide Limited. All rights reserved.

# Exhibit D

Cook Associates, Inc. - Executive Search - Global Operations                                    Page 1 of 1

COOK
ASSOCIATES, INC.

Executive Sea
M&A Advisor
Services

ABOUT INTERSEA

ABOUT US    PRACTICE AREAS    TEAM    NEWS & TRENDS    CONTACT US

**ABOUT US**

Overview
Process
Global Operations

## Executive Search: Global Operations

As the exclusive United States representative of InterSearch, a
worldwide executive search consortium, we offer global search
capabilities through proven and trusted partners.

InterSearch ranks as the 10th largest worldwide organization of
executive search firms. From Argentina to the United States, via
Australia and the United Kingdom, in 45 countries, we are able to
span the globe to find executive talent for our clients.

For more information on InterSearch and to understand our
process, please contact John Kins at 312.329.0900 or via email at
jkins@cookassociates.com; and visit the organization's website at
www.intersearch.org.

**Identity**

InterSearch was es
1989 as a worldwid
organization of exec
and human resourc
firms. Managed by a
Board, InterSearch
45 countries on an o
read more>>

**Global News**

**InterSearch Holds
Research Training**

**InterSearch Ranke
Search Firm World**

**InterSearch Holds
Conference [PDF]**

There is significant
the InterSearch net
about cultural event
locales around the v
current information
and its newest partr
read more>>

© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search · About Us · Practice Areas · Team · News & Trends · Contact Us

http://cookassociates.com/executivesearch/globalops.html

EXHIBIT  D
PAGE  21

1/22/2008

**CERTIFICATE OF SERVICE**

I certify that on January 22, 2008, I electronically filed the document described as **SUPPLEMENTAL DECLARATION OF PETER S. SLOANE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.  I further certify that I have mailed a true copy of the above document via U.S. Mail to the non-ECF participants addressed as follows:

Robert C. Faber
Ostrolenk Faber Gerb & Soffen LLP
1180 Avenue of the Americas
New York, NY 10036

Angela M. Martucci
Ostrolenk Faber Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, NY 10036

Peter Sloane
Ostrolenk Faber Gerb & Soffen LLP
1180 Avenue of the Americas
New York, NY 10036

/s/
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP