**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| INTERSEARCH WORLDWIDE, LTD., a United Kingdom Corp., | No. C 07-4634 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| INTERSEARCH GROUP, INC., a Florida Corp., | |
| Defendants. | |

The defendants' Motion to Dismiss [Docket No. 5], currently scheduled to be heard on February 5, 2008, is rescheduled to March 11, 2008, at 1:00 P.M. The Court may, in its discretion, adjudicate the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

The case management conference, currently scheduled to be heard on February 5, 2008, is also rescheduled to March 11, 2008, at 1:00 P.M.

IT IS SO ORDERED.

January 31, 2008

_____
Saundra Brown Armstrong
United States District Judge